No. 59. GEORGE D. IVERSON, JR., *v.* ILLINOIS GLASS COMPANY. Error to the Court of Appeals of the State of Maryland. Argued October 20, 1927. Decided October 24, 1927. *Per Curiam.* The writ of error is dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. Treating the writ of error as an application for certiorari, the certiorari is denied for want of a substantial Federal question on the authority of *Tracy* v. *Ginzberg,* 205 U. S. 170, 178; *Bonner* v. *Gorman,* 213 U. S. 86, 91; *Central Land Co.* v. *Laidley,* 159 U. S. 103, 112. *Mr. Harry Zoller, Jr.,* for plaintiff in error. *Messrs. G. W. S. Musgrave* and *John H. Hessey* were on the brief for defendant in error.

No. 61. MUELLER GRAIN COMPANY *v.* AMERICAN STATE BANK OF OMAHA, NEBRASKA. On writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit. Argued October 20, 21, 1927. Decided October 24, 1927. *Per Curiam.* Reversed on the authority of *Fleischman Construction Co.* v. *United States, use of Forsberg,* 270 U. S. 349, 356; *Law* v. *United States,* 266 U. S. 494, 496; and the cause remanded to the said Circuit Court of Appeals for further proceedings. *Mr. Walter H. Moses,* with whom *Messrs. Walter Bachrach* and *Clarence W. Heyl* were on the brief, for petitioner. *Messrs. Carl Meyer, Henry Russell Platt* and *David F. Rosenthal* for respondents, submitted.